UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY KACZMARCZYK,

          Plaintiff,

          Case no. 15-10560

vs.

          Hon. John Corbett O'Meara

METROPOLITAN LIFE INSURANCE
CO., a foreign corporation,

          Defendant.
_____/

| | |
|---|---|
| Renee Picard (P55980) | David M. Davis (P24006) |
| Michael Rolando (P76035) | Attorney for Defendant Metropolitan |
| Attorneys for Plaintiff | Life Insurance Company |
| Shoults, Picard & Brooks, PLLC | 401 South Old Woodward Avenue |
| 441 Clay Street | Suite 410 |
| Lapeer, Michigan 48464 | Birmingham, Michigan 48009 |
| Telephone: (810) 664-9534 | Telephone: (248) 645-0800 |
| E-Mail: rpicard@lapeerlegal.com | E-Mail: dmd@hardylewis.com |

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

NOW COMES the Parties in the above action, by and through their respective counsel, and stipulate and agree that this action should be DISMISSED WITH PREJUDICE and without an award of interest, costs or attorney fees to either Party.

| | |
|---|---|
|    s/Renee Picard    |    s/David M. Davis    |
| Renee Picard | David M. Davis |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: June 25, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AMY KACZMARCZYK,

          Plaintiff,

                            Case no. 15-10560

vs.

                            Hon. John Corbett O'Meara

METROPOLITAN LIFE INSURANCE
CO., a foreign corporation,

          Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the above stipulation of the parties; IT IS HEREBY ORDERED AND ADJUDGED that this action be and hereby is DISMISSED WITH PREJUDICE and without an award of costs, interest or attorney fees to either Party.

This is a final Order resolving all claims and closing the case.

Date: June 29, 2015                                              s/John Corbett O'Meara
                                                            United States District Judge

Copies sent to:

| | |
|---|---|
| Renee Picard (P55980) | David M. Davis (P24006) |
| Michael Rolando (P76035) | Attorney for Defendant Metropolitan |
| Attorneys for Plaintiff | Life Insurance Company |
| Shoults, Picard & Brooks, PLLC | 401 South Old Woodward Avenue |
| 441 Clay Street | Suite 410 |
| Lapeer, Michigan 48464 | Birmingham, Michigan 48009 |
| E-Mail: rpicard@lapeerlegal.com | E-Mail: dmd@hardylewis.com |